IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00302-PAB-KLM

SATRINA CHARGUALAF,

    Plaintiff,

v.

BOULDER VALLEY SCHOOL DISTRICT NO. RE2,

    Defendant.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Stay** [Docket No. 2; Filed February 7, 2011] (the "Motion").  Plaintiff has not served Defendant with the summons and Complaint [Docket No. 1], Defendant has not entered an appearance in the case, and a scheduling conference has not been set.  Thus, Plaintiff does not need relief from any deadlines.  Only one deadline currently applies: pursuant to Fed. R. Civ. P. 4(m) she must serve Defendant within 120 days of February 4, 2011, the date she filed her Complaint.  The Motion seeks a stay of this case until March 30, 2011.  Because the deadline for serving Defendant is well beyond March 30, 2011, a stay is unnecessary.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.

    Dated:  March 4, 2011